H. Tim Hoffman (SBN 049141)
Arthur W. Lazear (SBN 083603)
Chad A. Saunders (SBN 257810)
**HOFFMAN & LAZEAR**
180 Grand Avenue Suite #1550
Oakland, CA 94612
Telephone: (510) 763-5700
Facsimile: (510) 835-1311
cas@hoffmanandlazear.com

Randall Crane (SBN 056806)
**LAW OFFICE OF RANDALL CRANE**
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Telephone: (510) 465-4606
Facsimile: (510) 465-4643
crane4law@aol.com

Attorneys for Plaintiff Michael Sanders

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SANDERS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SWIFT TRANSPORTATION CO., INC. an Arizona corporation; INTERSTATE EQUIPMENT LEASING, INC.; and DOES 1 through 25,<br><br>Defendants. | Case No. C10-03739-JL<br><br>[PROPOSED] ORDER GRANTING LEAVE FOR PLAINTIFF TO FILE A SURREPLY |

IT IS HEREBY ORDERED that Plaintiff is granted leave to file a surreply to Defendants' Motion to Compel Arbitration, on or before October 27, 2010, pursuant to the terms set forth in the Parties' Stipulation dated October 19, 2010. The hearing on Defendants' Motion to Compel Arbitration is continued until November 3, 2010 at 9:30 a.m.

Dated: __October 21__ ,2010

_____
Hon. James Larson
United States Magistrate Judge

- 1 -

[PROPOSED] ORDER                                                                                   CASE NO. C10-03739-JL