ELLEN M. BRONCHETTI, CA Bar No. 226975
ebronchetti@littler.com
BABAK G. YOUSEFZADEH, CA Bar No. 254615
byousefzadeh@littler.com
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, California 94108.2693
Telephone: 415.433.1940
Fax No.: 415.399.8490

Attorneys for Defendants
SWIFT TRANSPORTATION CO. OF AZ, LLC
and INTERSTATE EQUIPMENT LEASING, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SANDERS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SWIFT TRANSPORTATION CO., INC. an Arizona corporation; INTERSTATE EQUIPMENT LEASING, INC.; and DOES 1 through 25,<br><br>Defendants. | Case No. C10-03739-JL<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION |

**ORDER**

IT IS HEREBY ORDERED that the hearing on Defendant's Motion to Compel Arbitration is continued from November 3, 2010 to December 15, 2010, pursuant to the parties' Stipulation dated November 2, 2010.

Dated: November 2, 2010

_____
Hon. James Larson
United States Magistrate Judge

Firmwide:98430364.1 024599.1081

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION