United States District Court
For the Northern District of California

| | |
|---|---|
| MICHAEL SANDERS, | No. C 10-05304 NC |
| Plaintiff, | ORDER SETTING CASE MANAGEMENT CONFERENCE |
| v. | [Reassigned Case] |
| SWIFT TRANSPORTATION COMPANY OF ARIZONA, et al., | |
| Defendants. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TO ALL PARTIES AND COUNSEL OF RECORD:

It is ordered under Fed. R. Civ. P. 16 and Civil L.R. 16-10 that a Case Management Conference shall be held before Magistrate Judge Nathanael Cousins on September 14, 2011 at 10:00 a.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

The parties shall appear in person or through lead trial counsel and shall be prepared to discuss all items in Civil L.R. 16-10.  Under Civil L.R. 16-9(a) and the Court's March 1, 2007 Standing Order for all Judges of the Northern District of California regarding Contents of Joint Case Management Conference, the parties shall meet and confer and file a joint case management statement and proposed order no later than seven calendar days before the Conference.  The statement shall also include disclosure of nonparty interested entities or persons under Civil L.R. 3-16.  If any party is proceeding without counsel, separate statements may be filed by each party.

All documents filed with the Clerk of the Court in this shall list the civil case number followed only by the initials **NC**.  One copy shall be clearly marked as a chambers copy.

IT IS SO ORDERED.

Dated: July 14, 2011

NATHANAEL COUSINS
United States Magistrate Judge