SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
RONALD J. HOLLAND, Cal. Bar No. 148687
rholland@sheppardmullin.com
ELLEN M. BRONCHETTI, Cal. Bar No. 226975
ebronchetti@sheppardmullin.com
PAUL S. COWIE, Cal. Bar No. 250131
paulcowie@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947

Attorneys for Defendants
SWIFT TRANSPORTATION CO. OF ARIZONA
LLC and INTERSTATE EQUIPMENT LEASING
LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SANDERS, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>SWIFT TRANSPORTATION CO., INC., an Arizona corporation; INTERSTATE EQUIPMENT LEASING, INC.; and DOES 1 through 25,<br><br>            Defendant. | Case No. 10-cv-03739-NC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE TO SEPTEMBER 28, 2011; [~~PROPOSED~~] ORDER** |

Michael Sanders ("Plaintiff") and defendants Swift Transportation Company Of Arizona LLC and Interstate Equipment Leasing LLC (collectively "Defendants"), through their respective attorneys of record, hereby stipulate as follows:

WHEREAS on July 14, 2011, the Court entered an order scheduling a case management conference for September 14, 2011; and

-2-

1  WHEREAS, defense counsel is unavailable on September 14, 2011 due to pre-
2  scheduled commitments in other cases (collective bargaining negotiations);
3  IT IS HEREBY STIPULATED AND REQUESTED THAT the Case Management
4  Conference set for hearing on September 14, 2011, at 10:00 a.m., be continued to September 28,
5  2011, at 10:00 a.m., or as soon thereafter as is convenient for the Court, and that all related dates
6  be continued.

Dated: August 26, 2011

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   /s/
     PAUL S. COWIE
     Attorneys for Defendants
     SWIFT TRANSPORTATION CO. OF ARIZONA
     LLC and INTERSTATE EQUIPMENT LEASING
     LLC

Dated: August 26, 2011

HOFFMAN & LAZEAR

By   /s/
     CHAD SAUNDERS
     Attorneys for Plaintiff
     MICHAEL SANDERS

## ORDER

IT IS SO ORDERED. The Case Management Conference set for September 14, 2011 shall be continued to September 28, 2011 at 10:00 a.m. and all related dates are also continued.

Dated: __August 26__, 2011

_____
HONORABLE NATHANAEL M. COUSINS