SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ELLEN M. BRONCHETTI, Cal. Bar No. 226975
ebronchetti@sheppardmullin.com
PAUL S. COWIE, Cal. Bar No. 250131
pcowie@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947

Attorneys for Defendants
SWIFT TRANSPORTATION CO., OF ARIZONA LLC and INTERSTATE EQUIPMENT LEASING, LLC

**GRANTED**
*[signature]*
Judge Nathanael M. Cousins

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SANDERS, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>   v.<br><br>SWIFT TRANSPORTATION CO., LLC, an Arizona corporation, INTERSTATE EQUIPMENT LEASING, INC.; and DOES 1 through 25,<br><br>          Defendant. | Case No. C10-03739NC<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>The Hon. Nathanael Cousins<br><br>Date:  9/28/11<br>Time:  10:00<br>Dept:  Courtroom A<br><br>Complaint Filed:  6/30/2010<br>Amended Complaint Filed:  9/2/2010 |

     Defendants Swift Transportation Co., LLC and Interstate Leasing, Inc. ("Defendants") hereby request permission to appear telephonically, through counsel, at the Case Management hearing scheduled for September 28, 2011 at 10:00 a.m. in Courtroom A, 15th Floor of the above-entitled court. If such request is granted, counsel can be reached at the following (direct dial) telephone number: 415-774-3185.

1
2   Dated:  September 12, 2011
3                                            SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
4
5                                    By          /S/
                                                ELLEN M. BRONCHETTI
6                                                PAUL S. COWIE
                                                Attorneys for Defendants
7                                        SWIFT TRANSPORTATION CO., OF ARIZONA
                                         LLC and INTERSTATE EQUIPMENT LEASING,
8                                                           LLC
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28