SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ELLEN M. BRONCHETTI, Cal. Bar No. 226975
ebronchetti@sheppardmullin.com
PAUL S. COWIE, Cal. Bar No. 250131
pcowie@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947

Attorneys for Defendants
SWIFT TRANSPORTATION CO., OF ARIZONA LLC and INTERSTATE EQUIPMENT LEASING, LLC

**GRANTED**
Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SANDERS, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>  v.<br><br>SWIFT TRANSPORTATION CO., LLC, an Arizona corporation, INTERSTATE EQUIPMENT LEASING, INC.; and DOES 1 through 25,<br><br>            Defendant. | Case No. C10-03739NC<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>The Hon. Nathanael Cousins<br><br>Date:  9/28/11<br>Time:  10:00<br>Dept:  Courtroom A<br><br>Complaint Filed: 6/30/2010<br>Amended Complaint Filed: 9/2/2010 |

      Defendants Swift Transportation Co., LLC and Interstate Leasing , Inc. ("Defendants") hereby request permission to appear telephonically, through counsel, at the Case Management hearing scheduled for September 28, 2011 at 10:00 a.m. in Courtroom A, 15th Floor of the above-entitled court.  If such request is granted, counsel can be reached at the following (direct dial) telephone number:  415-774-3185.

1

2  Dated: September 12, 2011

3                              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

4

5                         By            */S/*
                                   ELLEN M. BRONCHETTI
6                                     PAUL S. COWIE
                                   Attorneys for Defendants
7                         SWIFT TRANSPORTATION CO., OF ARIZONA
                          LLC and INTERSTATE EQUIPMENT LEASING,
8                                            LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28