IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL SANDERS,<br><br>      Plaintiff,<br><br>      v.<br><br>SWIFT TRANSPORTATION CO., LLC, and others,<br><br>      Defendants. | Case 10-cv-03739 NC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>(Re: Dkt. No. 50) |

    Upon the joint request of the parties, the Case Management Conference scheduled for September 28, 2011, is continued until December 14, 2011, at 10:00 a.m. Defendants are ordered to file their Motion to Compel Arbitration by October 14, 2011.

    **IT IS SO ORDERED.**

Dated: September 22, 2011

NATHANAEL COUSINS
United States Magistrate Judge

ORDER CONTINUING CMC
Case 10-cv-03739 NC