IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL SANDERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC and INTERSTATE EQUIPMENT LEASING, INC.,<br><br>　　　　Defendants. | Case 10-cv-03739 NC<br><br>**ORDER VACATING HEARING**<br><br>Re: Dkt. No. 52 |

　　Plaintiff Michael Sanders brings this putative class action against Defendants Swift Transportation Company and Interstate Equipment Leasing for alleged violations of the California Labor Code and other state laws. Dkt. No. 8. Defendants move to compel arbitration, and Plaintiff opposes the motion. Dkt. Nos. 52, 63. Based on the papers submitted by the parties, the Court finds that the motion is appropriate for determination without oral argument. *See* Civil L.R. 7-1(b). Accordingly, the hearing scheduled for November 23, 2011 is vacated.

　　IT IS SO ORDERED.

Dated: November 16, 2011

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　NATHANAEL COUSINS
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case 10-cv-03739 NC
ORDER VACATING HEARING