UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL SANDERS,<br><br>    Plaintiff,<br><br>    v.<br><br>SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC and INTERSTATE EQUIPMENT LEASING, INC.,<br><br>    Defendants. | Case No. 10-cv-03739 NC<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 69 |

A case management conference currently is scheduled for December 14, 2011. The case management conference is VACATED. After the Court decides Suntrust's motion to compel arbitration, Dkt. No. 52, the Court may set a new date for the case management conference if such a conference is necessary.

IT IS SO ORDERED.

DATED: December 12, 2011

_____
NATHANAEL M. COUSINS
United States Magistrate Judge